## SCHUMAKER *et ux* v. GELPCKE.

1. NEW TRIAL. The Supreme Court will not interfere with an order of the District Court sustaining a motion for a new trial, unless well satisfied that the discretion vested in the Court has been abused.

*Appeal from Dubuque District Court.*

SATURDAY, OCTOBER 6.

*Burt & Angell* for the appellants, to the points that the Supreme Court will review the ruling of the District Court in granting a new trial, cited *Stewart* v. *Ewbank* 3 Iowa 191; *Cook Sargent & Cook* v. *Sypher* Ib. 484.

*Poor Adams & Cram*, for the appellee.

WRIGHT, J.—Defendant moved for a new trial upon the ground that he was taken by surprise by certain testimony introduced by plaintiff. The Court in the exercise of its discretion, a discretion wisely lodged with the judge trying

the cause, in such cases, determined that there had been such surprise. With this discretion we would not interfere, unless well satisfied it had been abused.[1] Nothing of the kind appears in this instance and we have therefore no hesitation in concluding that the order granting a new trial should stand undisturbed.

---

1. To justify a reversal of an order granting a new trial, a stronger case of abuse or injustice must be made than is required in cases in which a new trial is refused. *Newell* v. *Sanford* 10 Iowa 396. *Caffrey* v. *Groome* Ib. 548. But when the ruling of the Court below is made upon a legal proposition, it is not a matter of discretion, and will be reviewed with the same strictness when the new trial was granted as when it was refused. *Ruble* v. *McDonald* 7 Ib. 90; *Shaw* v. *Sweeny* 2 G. Greene 587. In addition to the authorities cited by counsel see *Brazelton* v, *Jenkins*, Mor. 15; *Jourdan* v. *Reed* 1 Iowa 135: *Freeman* v. *Rich* Ib 504; *Hendricks* v. *Cooper & Wallace* 7 Iowa 232. *Speers* v. *Fortner* 6 Ib. 553; *Lloyd* v. *McClure* 2 G. Greene 139; *Millard* v *Singer* Ib. 144; *Humphreys* v. *Hoyt et al* 4 Ib. 245; *Powers* v. *Bridges* 1 Ib. 235; *Pelamourges* v. *Clark* 9 Iowa 1; *Stewart* v. *Burlington & Missouri River Rail Road Company*, *ante*.